## MITCHELL *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 100, September Term, 1965.]

*Decided April 29, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

The application of Alexander Mitchell, Jr., for leave to appeal from the order denying him post conviction relief from his imprisonment for first degree murder is hereby denied for the reasons stated in the opinion filed by Judge O'Donnell in the lower court.

*Application denied.*